United States District Court
Southern District of Texas
**ENTERED**
August 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALAN NELSON CROTTS, | § |
| Plaintiff, | § § § |
| VS. | § § CIVIL ACTION NO. 4:23-CV-04828 |
| FREEDOM MORTGAGE CORPORATION, *et al.*, | § § § § |
| Defendants. | § § |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on August 6, 2024. Doc. #23. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Plaintiff Alan Nelson Crotts' ("Plaintiff") Motion for Separation of Controversies and Partial Remand (Doc. #5) and Motion to Strike (Doc. #6) are hereby DENIED. Defendant Freedom Mortgage Corporation's Motion to Dismiss (Doc. #3) is hereby GRANTED, and Plaintiff's claims against Freedom Mortgage Corporation are DISMISSED WITH PREJUDICE. Plaintiff's Motion for Substitute Service on Defendant Stanley Middleman ("Middleman") (Doc. #21) is DENIED. However, as stated in Judge Ho's Memorandum and Recommendation, Plaintiff has until August 26, 2024 to properly serve Middleman.

It is so ORDERED.

___AUG 2 6 2024___         _____
Date                                     The Honorable Alfred H. Bennett
                                                 United States District Judge