United States District Court
Southern District of Texas
**ENTERED**
October 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALAN NELSON CROTTS, § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-04828 |
| § § | |
| FREEDOM MORTGAGE § CORPORATION, *et al.*, § § | |
| Defendants. § | |

## ORDER

Before the Court is pro se Plaintiff Alan Nelson Crotts' Motion to Amend Judgment. Doc. #32. On August 6, 2024, Magistrate Judge Yvonne Y. Ho issued a Memorandum and Recommendation regarding several motions. Doc. #23. Plaintiff failed to file any objections to the Memorandum and Recommendation. Thus, the Court reviewed the Memorandum and Recommendation for clear error, and on August 26, 2024, adopted the Memorandum and Recommendation in its entirety. Doc. #32. Specifically, the Court denied Plaintiff's Motion for Separation of Controversies and Partial Remand (Doc. #5), Motion to Strike (Doc. #6), and Motion for Substitute Service on Defendant Stanley Middleman (Doc. #21), and granted Defendant Freedom Mortgage Corporation's Motion to Dismiss (Doc. #3). However, Plaintiff was given an extended period of time to properly serve Defendant Stanley Middleman. Now, Plaintiff has filed a Motion to Amend Judgment which, in essence, seeks reconsideration of the Court's August 26 Order.

The Court concludes that the legal reasoning it articulated in its August 26 Order, which contemplated the parties' arguments and applicable legal authority, remains valid despite

Plaintiff's additional briefing. As such, the Motion to Amend Judgment is DENIED. Doc. #32.

It is so ORDERED.

OCT 1 5 2024
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge